Beattie B. ASHMORE, in his Capacity as Court Appointed Receiver for The Three Hebrew Boys, Plaintiff–Appellee,

v.

Feleicia COOK, Defendant–Appellant.

No. 14–1665.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 14, 2014.

Decided: Nov. 18, 2014.

Feleicia Cook, Appellant Pro Se. Lauren Price, Lewis Walter Tollison, III, Tollison Law Firm, Greenville, South Carolina; Thomas Edward Vanderbloemen, Gallivan, White & Boyd, PA, Greenville, South Carolina, for Appellee.

Before WYNN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Feleicia Cook appeals the district court's order denying her Fed.R.Civ.P. 59(e) motion for reconsideration of the court's order granting summary judgment to the Plaintiff. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ashmore v. Cook*, No. 3:13–cv–01449–MBS (D.S.C. June 24, 2014). We grant Cook leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*